# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| **IVY LANDRY**<br>**DEBTOR** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 19-62147 LRC<br><br>CHAPTER 13 |

## REQUEST FOR EXTENSION TO FILE CEDIT COUNSELING CERTIFICATE

Debtor, Ivy Landry currently request extension for submission of Credit Counseling Certification. Debtor completed Part 1 of the Bankruptcy required Debtor Course via Alliance Credit PRIOR to submission. Debtor completed all online training etc. It is Debtor's understanding immediately after online completion an assigned Counselor from the selected company was immediately required to speak with you. This did not happen. Debtor in addition to Debtor Spouse, Co-Debtor left an excessive number of messages via provided number after Debtor completed the online course. Due to Debtor's work schedule Debtor Spouse, Co-Debtor was provided with Debtor permission to continuously contact Alliance Credit requesting a call back to both Debtor and Co-Debtor contact Number. The purpose of Co-Debtor's contact was to inform the Counseling Agency of the Debtor's work schedule as Debtor is unable to always receive phone calls during the hours of 8am and 5:30pm which is the operational hours for Alliance Credit per Alliance's pre-recorded message. Debtor did receive a text message from the assigned Alliance Counselor stating Co-Debtor contacted their agency posing as Debtor. This is incorrect and untrue. Co-Debtor may have stated she was calling for Debtor in order to ensure Debtor meets the required Certificate Filing Deadline with is 8.19.19. Co-Debtor had no intentions of completing a

1

phone interview for Debtor. If this company has received required amount for debtor to complete the course, the company is required to be both prompt and expedient with all call backs versus assuming a Debtor is encouraging Co-Debtor to speak with the assigned Counselor. Debtor did report this issue with the Bankruptcy's Clerk Department upon filing Bankruptcy Packet.

18TH OF August 2019

_____
IVY LANDRY, Pro Se
P.O. BOX 1275
Grayson, Georgia 30017
678.860.2254

2

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day 18th of August 2019 **REQUEST FOR EXTENSION TO FILE CREDIT COUNSELING CERTIFICATE** by depositing a copy in the United States Mail. I am over the age of 18 years of age. Submitted to the U. S Trustee

**Melissa Davey**
**Standing Chapter 13 Trustee**
**Suite 200**
**260 Peachtree Street NW**
**Atlanta Ga 30303**

18th of August 2019

IVY LANDRY, Pro Se
P.O. BOX 1275
Grayson, Georgia 30017
678.860.2254

3