**IT IS ORDERED as set forth below:**

**Date: August 20, 2019**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| IVY TY LANDRY | : | 19-62147-LRC |
| aka Ivy T. Landry, dba Perfect Paints, | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## O R D E R

Before the Court is the Debtor's Request for Extension to File Credit Counseling Certificate (Dkt. No. 20). For good cause shown,

**IT IS HEREBY ORDERED** that

Debtor's request for an extension of time to file his credit counseling certificate is **GRANTED**. Debtor shall file the certificate on or before **September 13, 2019**.

**END OF DOCUMENT**

**Distribution List**

**Ivy Ty Landry**
P.O. Box 1275
Grayson, GA 30017

**Melissa J. Davey**
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303