# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **IVY LANDRY** <br> **DEBTOR** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 19-62147 LRC <br><br> CHAPTER 13 |

## SUBMISSION OF CEDIT COUNSELING CERTIFICATE

Debtor, Ivy Landry currently submits Court Ordered Credit Counseling Certification. Upon speaking with the Representative from the selected Credit Counseling Agency, I was notified the Certificate would be uploaded into the BRC system via the Representative. I did check the BRC system previously and the Certificate was on file. I received a call in 10.22.19 at approximately 9:55 am from a Representative of the BRC of Northern Georgia stating the Certificate was NOT uploaded. This process regarding the Certificate upload has been a complete disaster. My spouse even confirmed the Certificate being on file. I am questioning the deletion of documents which sabotages Debtors cases which leads to possible dismissal.

22nd of OCTOBER 2019

IVY LANDRY, Pro Se
P.O. BOX 1275
Grayson, Georgia 30017
678.860.2254

1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF GEORGIA

---

### CERTIFICATE OF SERVICE

I do hereby certify that I have this day 22nd DAY OF OCTOBER 2019
**SUBMISSION OF CREDIT COUNSELING CERTIFICATE**
by depositing a copy in the United States Mail. I am over the age of 18 years of age. Submitted to the U. S Trustee

**Jason Rogers, Trustee**
**Suite 200**
**260 Peachtree Street NW**
**Atlanta Ga 30303**


22nd of October 2019
_____
IVY LANDRY, Pro Se
P.O. BOX 1275
Grayson, Georgia 30017
678.860.2254

2